IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02907-DDD-NYW

LANA RUDOLPHI

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado Nonprofit Corporation d/b/a Mercy Regional Medical Center,

    Defendants.

---

**STIPULATED MOTION TO DISMISS CASE, WITH PREJUDICE**

---

THE PARTIES, by and through counsel, hereby submit this Stipulated Motion to Dismiss Case, with Prejudice, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) and, in support thereof, state as follows.

1. The parties have resolved this case and hereby move the Court for an order dismissing this action, with prejudice, each party to bear their own costs and attorney fees, in full.

2. The dismissal of this matter is specifically "with prejudice" and is intended to operate as a final adjudication of all claims asserted or that could have been asserted in this matter.

3. Undersigned counsel have discussed dismissal of this matter, with prejudice, with their respective clients and they are authorized to enter into this stipulation.

WHEREFORE, the parties respectfully request that this Court issue an ORDER dismissing this action, with prejudice, each party to bear their own costs and fees.

Dated July 12, 2022.

Respectfully submitted,

| | |
|---|---|
| *s/ David T. Albrechta* | *s/ Mark L. Sabey* |
| David T. Albrechta | Mark L. Sabey |
| Eleni K. Albrechta | Lindsay McManus |
| ALBRECHTA & ALBRECHTA, LLC | Hall, Render, Killian, Health & Lyman, P.C. |
| Physical: 530 Main Avenue, Suite D-3 | 999 17th Street, Suite 800 |
| Durango, CO 81301 | Denver CO 80202 |
| Mailing: P.O. Box 4596 | Telephone:   303.801.8538 |
| Durango, CO 81302 | Email:         marksabey@hallrender.com |
| Telephone: 970.422.3288 |                    LMcManus@hallrender.com |
| Email:  David@Albrechtalaw.com | |
|             Eleni@AlbrechtaLaw.com | |
| | |
| Attorneys for Plaintiff, Lana Rudolphi | Attorneys for Defendants, Catholic Health Initiatives of Colorado and Centura Health Corporation |